# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DOMINGO GONZALEZ,

    Plaintiff,

v.

BANK OF AMERICA, N.A., *et al.*,

    Defendants.

Case No. 2:11-CV-01703-KJD-PAL

**ORDER**

    Defendants, Quality Loan Service Corp. and Bank of America, N.A. filed a Motion to Dismiss Plaintiff's Complaint pursuant to FRCP 12(b)(6) on October 31, 2011 (# 6). The Docket Report indicates that a Response to the Motion to Dismiss was due by November 17, 2011. No Response has been filed.

    Pursuant to Local Rule 7-2(b), any Response and/or Opposition to the Motion to Dismiss was required to be filed with the Court and served within fourteen days after service of the motion. No Response and/or Opposition has been filed by the Plaintiffs regarding this matter. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file Points and Authorities in response to any Motion shall constitute consent to the granting of the motion. Defendants' Motion appears to be supported by good cause. Accordingly, **IT IS HEREBY ORDERED**, Defendants' Motion to Dismiss (#6) is **GRANTED**.

1 **IT IS FURTHER ORDERED** that Defendants Quality Loan Service Corp. and Bank of America, N.A. are dismissed.

DATED this 30th day of November 2011.

_____
Kent J. Dawson
United States District Judge